**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>Scott A. Dutrow<br><br>*Debtor* | Case No.: 24-13112-MCR<br>Chapter 13 |

## ORDER SUSTAINING OBJECTION TO CLAIM OF CAVALRY SPV I, LLC
### (CLAIM NO. 15)

Upon consideration of the Objection to the claim of Cavalry SPV I, LLC (Claim No.: 15) ("Cavalry") filed by the Debtor (the "Objection") and any the opposition thereto; and the Court having determined that the relief requested in the Objection appears appropriate under the circumstances, it is by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED, that Calvary's claims is allowed as a general unsecured claim.

**END OF ORDER**

cc:

Debtor
Debtor's counsel
Chapter 13 Trustee
U.S. Trustee
Cavalry SPV I, LLC

1