IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

Scott A Dutrow

*Debtor*

Case No.: 24-13112-MCR
Chapter 13

**MOTION FOR EXTENSION OF TIME TO FILE AMENDED CHAPTER 13 PLAN**

Scott A Dutrow, Debtor, by and through undersigned counsel, Eric S. Steiner, and pursuant to Fed. R. Bankr. Proc. 9006(b)(1) requests that this Honorable Court grant an extension of time to file an amended Chapter 13 Plan, and in support thereof, states:

1. On April 17, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 24-13112.

2. Rebecca Herr was appointed Chapter 13 trustee in this matter.

3. The Debtor requires additional time to file an amended Chapter 13 plan because on July 3, 2024, he filed an Objection to Claim (ECF No.: 16), which must be resolved prior to confirmation.

4. No creditor or other party will be prejudiced by the Debtor's request.

WHEREFORE, Scott A Dutrow, Debtor, requests that this Honorable Court grant an extension of time to allow the Debtor to file an amended Chapter 13 plan.

Respectfully submitted

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2024, a copy of the foregoing was served by the Court's CM/ECF system to:

Rebecca Herr
*Chapter 13 Trustee*

/s/ *Eric S. Steiner*
Eric S. Steiner