Entered: July 8th, 2024
Signed: July 8th, 2024

**SO ORDERED**

Debtor shall file an Amended Chapter 13 Plan by August 8, 2024.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–13112 – MCR**   Chapter: **13**

**Scott A. Dutrow**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## AMENDED CHAPTER 13 PLAN
### (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Amended Chapter 13 Plan** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the above documents; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
   Attorney for Debtor – Eric S. Steiner
   Case Trustee – Rebecca A. Herr

### End of Order

22x03 (rev. 03/28/2016) – JanineHutchinson